[No. 14357-7-II.   Division Two.   December 4, 1992.]

DAVID PUGH, ET AL, *Appellants*, v. PUGET SOUND
GROCERY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 90-2-01843-7, Robert H. Peterson, J., entered
October 23, 1990. *Affirmed* by unpublished opinion per
Seinfeld, J., concurred in by Petrich, C.J., and Alexander, J.

[No. 15440-4-II.   Division Two.   December 4, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
LYLE HAMILTON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 91-1-00273-0, E. Albert Morrison, J., entered
October 31, 1991. *Affirmed* by unpublished opinion per
Petrie, J., concurred in by Petrich, C.J., and Alexander, J.

[No. 14927-3-II.   Division Two.   December 4, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT
DEAN BELLISLE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 90-1-01076-7, Barbara D. Johnson, J., entered
May 2, 1991. *Affirmed* by unpublished opinion per Petrie,
J., concurred in by Morgan, A.C.J., and Alexander, J.